FILED
2014 Jan-09 PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIM HANSON, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ASSET ACCEPTANCE, LLC, ) <br> ) <br> Defendant ) | Case No. 2:13-cv-01225-HGD |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Dismiss Defendant With Prejudice. (Doc. 6). It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is due to be and hereby is GRANTED, and this action hereby is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 9th day of January, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge